IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE, | |
| Plaintiff, | No. C 12-04718 JSW |
| v. | |
| CELIA SANCHEZ, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION** |
| Defendant. | |

This matter comes before the Court upon consideration of the Report and Recommendation issued by Chief Magistrate Judge Maria-Elena James, in which she recommends that the Court remand this action. The time for filing objections has passed, and the Court has not received any objections. The Court finds the Report and Recommendation thorough and well reasoned and adopts it in every respect. Accordingly, the Court HEREBY REMANDS this case to Superior Court of the State of California for the County of Yolo. The Clerk shall transfer the file forthwith.

**IT IS SO ORDERED.**

Dated: 01/18/2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE